UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ABRA SMITH, individually and on behalf of all others similarly situated, | ) Case No.1:21-cv-2049 <br> ) <br> ) Judge J. Philip Calabrese |
| Plaintiff, | |
| v. | |
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, | |
| Defendant. | |

## JUDGMENT

The Court filed its Order in this matter.  Accordingly, the Court terminates this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.** Dated:  January 12, 2022

 J. Philip Calabrese United
States District Judge
Northern District of Ohio